IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHEL E. DANIELS, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE, CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:14-CV-2585-TWT |

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending that her race discrimination claims and her claims against the individual Defendants Williams, Armer, and Parker be dismissed; and that her Americans with Disabilities Act claim for failure to accommodate and her Title VII claim for sexual harassment be allowed to proceed as to Defendant Costco. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 6 day of November, 2014.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge